**IT IS SO ORDERED.**

Dated: 14 May, 2009 04:50 PM

RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 09-10736 |
| JOHN WEESTLEY ALLISON<br>HOLLY LYNN ALLISON | CHAPTER 13 |
| DEBTOR(S) | JUDGE RANDOLPH BAXTER |
| | **ORDER GRANTING RELIEF<br>FROM STAY<br>(Real Property located at 6037 Olive Ave.,<br>North Ridgeville, OH 44039)** |

---

This matter came to be considered on the Motion for Relief from Stay (the "Motion") filed by U.S. Bank National Association as Trustee for the registered holders of Aegis Asset Backed Securities Trust Mortgage Pass-Through Certificates, Series 2005-4 ("Movant").

Movant has alleged that good cause exists for granting the Motion and that Debtor(s), Counsel for Debtor(s), the Chapter 13 Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date on said Motion. No party filed a response or otherwise appeared in opposition to the Motion.

IT IS THEREFORE ORDERED:

1. That the Motion is granted and the automatic stay imposed by Section 362 of the Bankruptcy Code is terminated with respect to Movant, its successors and assigns.

2. The Chapter 13 Trustee shall discontinue payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor(s). Movant is directed to file a report of sale promptly following liquidation of the Collateral if any excess proceeds have been received and Movant is given leave to file an unsecured deficiency claim within 60 days after liquidation of the Collateral, if such claim exists.

###

**SUBMITTED BY:**

LAURITO & LAURITO, L.L.C.

/s/ Erin M. Laurito

_____
Erin M. Laurito (0075531)
Jeffrey V. Laurito (0014652)
35 Commercial Way
Springboro, Ohio 45066
937-743-4878
937-748-4877 fax
Attorneys for Movant

MAILING LIST

John Weestley Allison, Debtor
438 Frances Blvd
Elyria, OH 44035
(Served via US Mail)

Holly Lynn Allison, Debtor
438 Frances Blvd
Elyria, OH 44035
(Served via US Mail)

William J. Balena
Attorney for Debtor
511 W. Broad Street
Elyria, OH 44035
(Served via ECF Noticing)

Craig Shopneck
Chapter 13 Trustee
BP Tower
200 Public Square, Suite 3860
Cleveland, OH 44114
(Served via ECF Noticing)

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Served via ECF Noticing)

Jeffrey V. Laurito
Erin M. Laurito
Attorneys for Movant
35 Commercial Way
Springboro, OH 45066
(Served via ECF Noticing)

Ocwen, Interested party
P.O. Box 24737
West Palm Beach, FL 33416
(Served via US Mail)